**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22338

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Eugene Burkhart and Mary Lou Burkhart<br>　　　　Debtors.<br>_____<br>Central Mortgage Company<br>　　　　Movant,<br>　　vs.<br>Eugene Burkhart and Mary Lou Burkhart, Debtors;<br>Lawrence J. Warfield, Trustee.<br>　　　　Respondents | No. 2:09-bk-20215-SSC<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #26) |

　　　On this day came on for consideration, Central Mortgage Company, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b).  Good cause appearing,

　　　IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest

| | |
|---|---|
| 1 | in the following described real property is abandoned: |
| 2 |     11225 South 193rd Drive |
| 3 |     Buckeye AZ 85326 |
| 4 |     and legally described as: |
|   | LOT 32. GRAND VIEW RANCHES TWO. ACCORDING TO BOOK 110 Of MAPS. PAGE 39. |
| 5 | RECORDS OF MARICOPA COUNTY. ARIZONA.. |